UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARDO DIAZ, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, a Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No. 3:17-cv-02358-LAB-JMA<br><br>**ORDER GRANTING JOINT MOTION FURTHER EXTENDING DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON'S TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>Complaint Filed: November 21, 2017 |

For good cause shown, the parties' Joint Motion further extending Defendant Liberty Life Assurance Company of Boston's time to respond to Plaintiff's Complaint is **GRANTED**. Liberty shall have up to and including January 18, 2018 to answer or otherwise respond to the complaint

**IT IS SO ORDERED.**

Dated: December 29, 2017

　　　　　　　　　　　　　　　　　　　　_Larry A. Burns_
　　　　　　　　　　　　　　　　　　　　Hon. Larry Alan Burns
　　　　　　　　　　　　　　　　　　　　United States District Court Judge